IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MONTBLANC-SIMPLO GMBH, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13cv1137 |
| ) | |
| BUYMONTBLANCPENSCA.NET, et al., ) | |
| Defendants. ) | |

## JUDGMENT ORDER

Upon consideration of the December 11, 2013 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the December 11, 2013 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against all of the defendant internet domain names.

It is further **ORDERED** that the domain name registries VeriSign, Inc., Public Interest Registry and Neustar — all of which are located in this District — are **DIRECTED** to change the registrar of record for the defendant domain names to plaintiff's registrar of choice, Com Laude, and Com Laude is then **DIRECTED** to take the necessary steps to have plaintiff's parent company, Richemont International, Ltd., or any other entity of plaintiff's choosing, listed as the owner and registrant for each of the defendant domain names.

1

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, specifically identifying each of the defendant domain names against which default judgment has been entered pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Order to defendants, VeriSign, Inc., Public Interest Registry, Neustar, Com Laude, the Magistrate Judge, and all counsel of record.

Alexandria, VA
January 14, 2014

/s/
T. S. Ellis, III
United States District Judge